## Edwin Hamilton, Appellee, v. Thomas J. Grady and Wiley W. Mills, Trustee, Appellants.

### Gen. No. 41,891.

Heard in second division, first district, this court at October term, 1941; opinion filed May 14, 1942. Robert McCormick Adams and Max Murdock, for appellants; Einar C. Howard, for appellee. Opinion by JUSTICE FRIEND. ''Not to be published in full.''